# HENRYETTA, OKLAHOMA

## CODE OF ORDINANCES
## SEPTEMBER 2024

UPDATED 6/5/2025

Codification Services and Printing Provided by:



MUNICIPAL
——CODE——
MANAGEMENT

118 N. 4th Street, Chickasha, OK 73018

Tel. (405) 224-4000   Codemgmt.net

Additional Copies Available

Insabella

EXHIBIT 1

his disability or suspension ceases or until it appoints another City Manager, as the case may be.

B.    The City Council, by majority vote, may appoint any other City official, City officer, or City department head to serve concurrently as the acting City Manager; however, said appointee may only receive compensation for one or the other position, but not both positions, as the salary or compensation have been determined. No person currently serving on the City Council or any person who has served on the City Council within the last two years may be appointed as the acting City Manager. [Added 5-16-2006 by Ord. No. 995)

**SECTION 2-303.  Council may suspend or remove.**

The Council may suspend or  remove the City Manager  or acting City Manager at any time by a vote of a majority of all its members.

**SECTION 2-304.  Duties.**

The City Manager shall be the  chief executive  officer  and head of the administrative branch of the City government. He shall execute the laws and administer the government of the City and shall be responsible therefor to the Council. He shall:

A.    Appoint, and when necessary for the good of the service, remove, demote, lay off or suspend all heads of administrative departments and other administrative officers and employees of the City except as otherwise provided by law. The Manager or the Council by ordinance may authorize the head of a department, office or agency to appoint and remove the subordinates in such department, office or agency.

B.    Supervise and control all administrative departments, offices and agencies.

C.    Prepare a budget annually and submit it to the Council and be responsible for the administration of the budget after it goes into effect; and recommend to the Council any changes in the budget which he deems desirable.

D.    Submit to the Council a report after the end of the fiscal year on the finances and administrative activities of the City for the preceding year.

E.    Keep the Council advised of the financial condition and future  needs of the City,  and make recommendations as he deems desirable.

F.    Perform such other duties as may be prescribed by law or by ordinance.

### CHAPTER 4. – FINANCE DEPARTMENT

**SECTION 2-401.  City Clerk.**

The City Clerk shall be an officer of the City, appointed by the City Manager for an indefinite term, and removable by the Manager. The City Clerk shall have supervision and control of the finance department. There shall be such employees in the finance department as the Council may authorize.

**SECTION 2-402.  Duties of City Clerk.**

The City Clerk shall collect or receive revenue and other money for the City and shall deposit the same daily as required by law. The Clerk shall attend all Council meetings and shall keep the journal of the proceedings of the Council. He shall enroll in a book  kept for  the purpose all ordinances and resolutions passed by the Council. He shall keep the seal of the City and attest the signature of the Mayor or Vice-Mayor. He shall maintain a  general  accounting system for the City. He shall perform such other duties as may be required  by  law  or ordinance for the City Clerk.

**SECTION 2-403.  Office of City Clerk and City Treasurer may be held by same person.**

The same person may hold the office of City Clerk and office of City Treasurer at the same time. The Council may appoint as City Treasurer the same person who the Manager has appointed as City Clerk and vice versa.

**SECTION 2-404.  City Treasurer.**

There shall be a Treasurer for the City, appointed by the City Council for an indefinite term. The Treasurer is an officer of the City.

**SECTION 2-405.  Duties of City Treasurer.**

The Treasurer shall deposit daily all funds coming into his hands in such depositories as the Council may designate; and shall disburse such funds in the manner  provided  by applicable law or ordinance. He shall have such other powers, duties and functions as may be prescribed by applicable law or by ordinance.

### CHAPTER 5. – OTHER DEPARTMENTS AND PERSONNEL

**SECTION 2-501.  City Attorney.**

The City Attorney is appointed by the City Manager  for an indefinite term and  is removable  by the Manager. The City Attorney is an officer of the City. The City  Attorney is the chief legal adviser of the Council and all other officers, departments and agencies of the City government in matters relating to their official powers and duties. He represents the City in proceedings in the courts and performs all services incident to his position which may be required by law or ordinances. He may attend regular meetings of the Council and prepare ordinances for the Council. He may receive a regular salary as set by the Council and, in addition thereto, receive reasonable fees for representing the City in lawsuits or controversies to which the City is a party, whether tried, settled or otherwise. He may provide other special services as requested by the Council or Manager. When duly authorized by the Council or Manager, he shall receive a reasonable fee for such special services.

**SECTION 2-502.  City-county health department; director.**

The cooperative health department of the county and its director  shall  have the powers of a City health department and City health officer, respectively, for the City. References to "health department" and "health officer" or "director  of the health  department"  in this code and in other ordinances of the City mean the cooperative health department and its director, unless the context clearly indicates another meaning.

Insabella

EXHIBIT 1