IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

MUSCOGEE (CREEK) NATION,
a federally recognized Indian tribe,

*Plaintiff*,

v.

CITY OF HENRYETTA, OKLAHOMA, and
JOHN INSABELLA, in his official capacity
as City Attorney for the City of Henryetta.

*Defendants*.

Case No. 25-CV-00227-JAR

**STIPULATION TO DISMISS OFFICIAL CAPACITY DEFENDANT
JOHN INSABELLA FROM THE ABOVE-CAPTIONED CASE**

On July 08, 2025, the Muscogee (Creek) Nation (the "Nation") filed suit against the City of Henryetta, Oklahoma (the "City"), and City Attorney John Insabella in his official capacity (Defendant Insabella) [Doc. 2]. On August 14, 2025, Defendant Insabella moved to dismiss [Doc. 40], contending that the relief sought against him in his official capacity is duplicative of the relief sought against the City itself. *See* Dkt. 40 ("Plaintiff's single cause of action … against both Defendants is duplicative and should be dismissed as to Defendant Insabella.").

**JOINT STIPULATION**

In light of these representations, the Nation, the City, and Defendant Insabella agree and stipulate as follows:

1) Defendant Insabella exercises criminal jurisdiction and prosecutorial authority exclusively by delegation from and on behalf of the City, and claims no criminal jurisdiction or prosecutorial authority other than as so delegated by the City.

2)	Accordingly, the City and Defendant Insabella hereby represent, promise, and stipulate that if Defendant Insabella is dismissed as a party in the above-captioned matter, such dismissal will not prejudice the Nation from obtaining the full relief it seeks in its complaint if it in fact prevails on its claims against the City.

3)	Subject to and in light of these stipulations, the Muscogee (Creek) Nation agrees to the dismissal of Defendant Insabella from the above-captioned lawsuit.

Dated: August 28, 2025

Geraldine Wisner, OBA No. 20128
Deputy Attorney General
MUSCOGEE (CREEK) NATION
P.O. Box 580
Okmulgee, OK 74447
(918) 295-9720
gwisner@mcnag.com

O. Joseph Williams, OBA No. 19256
O. JOSEPH WILLIAMS LAW OFFICE, PLLC
The McCulloch Building
114 N. Grand Avenue, Suite 520
P.O. Box 1131
Okmulgee, OK 74447
(918) 752-0020
jwilliams@williamslaw-pllc.com

Respectfully submitted,

/s/ Riyaz A. Kanji
Riyaz A. Kanji
David A. Giampetroni
KANJI & KATZEN, P.L.L.C.
P.O. Box 3971
Ann Arbor, MI 48106
(734) 769-5400
rkanji@kanjikatzen.com
dgiampetroni@kanjikatzen.com

Philip H. Tinker, OBA No. 36498
Stephanie R. Rush, OBA No. 34017
KANJI & KATZEN, P.L.L.C.
12 N. Cheyenne Avenue, Suite 220
Tulsa, OK 74103
(206) 344-8100
ptinker@kanjikatzen.com
vrush@kanjikatzen.com
ATTORNEYS FOR PLAINTIFF

**-And-**

HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.

s/ Keith A. Wilkes
Keith A. Wilkes, OBA 16750
521 East Second Street, Suite 1200
Tulsa, Oklahoma 74120
T: 918.584.0400

F: 918.594.0505
kwilkes@hallestill.com
ATTORNEYS FOR CITY OF HENRYETTA
AND JOHN INSABELLA, IN HIS
OFFICIAL CAPACITY