**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

MUSCOGEE (CREEK) NATION,
a federally recognized Indian tribe,

*Plaintiff*,

v.

CITY OF HENRYETTA, OKLAHOMA, and
JOHN INSABELLA, in his official capacity
as City Attorney for the City of Henryetta.

*Defendants*.

Case No. 25-CV-00227-JAR

**DECLARATION OF MUSCOGEE (CREEK) NATION LIGHTHORSE
POLICE CHIEF RICHARD PHILLIPS**

I, Richard Phillips, declare the following on the basis of personal knowledge to which I am competent to testify:

1.    I have served as the Chief of the Muscogee (Creek) Nation Lighthorse Police Department since 2020. Altogether I have more than 26 years of experience in law enforcement. Prior to serving as the Chief of the Muscogee Nation Lighthorse Police Department, I served as Chief of Police for the Morris Police Department for 2 years and served for a total of 11 years at that agency. I am an enrolled citizen of the Muscogee (Creek) Nation.

2.    I have reviewed the Declaration that Muscogee (Creek) Nation Deputy Attorney General Geri Wisner has submitted in this case. I agree fully with the Declaration's statements regarding the Nation's capacity to address crime within the Reservation, and the importance of the Nation's cross-deputization agreements in ensuring that all law enforcement personnel within the Reservation's boundaries are empowered to enforce all applicable laws against all individuals within the Reservation, both Indian and non-Indian alike. *See* Wisner Decl. ¶¶ 5–17. If I am called upon to do so, I will gladly provide additional testimony concerning these topics.

3.    In pleadings filed in this Court, the City of Henryetta questions whether the Nation "has the ability and resources to police the entirety of its reservation including the City of Henryetta" and asserts that "[i]t is unknown how quickly, if at all, the Lighthorse Police would have responded" to service calls originating in the City of Henryetta. Henryetta Br. 23. I find it deeply unfortunate that the City has chosen to cast doubt on the ability of the Lighthorse Police Department to adequately respond to law enforcement and public safety matters arising in the City of Henryetta.

4.    The Lighthorse Police Department's main headquarters are located in Okmulgee, Oklahoma, just fifteen miles from the City of Henryetta. Lighthorse police officers regularly

patrol routes in and around Henryetta. Depending on the proximity of the nearest Lighthorse patrol vehicle when a call for service is received, I would estimate that Lighthorse's average response time for a non-emergency service call originating within Henryetta city limits is approximately 15 to 20 minutes. In the case of an emergency, Lighthorse's anticipated response time would be approximately 10 to 15 minutes. Of course, if a Lighthorse police officer is patrolling in the City when a service call comes in, the response time would be lower still.

5.    Additionally, the City of Henryetta would not need to rely exclusively on the Nation's Lighthorse Police Department to respond to law enforcement incidents involving citizens of Tribal nations, if the City would accept the Nation's offer to enter into a cross-deputization agreement, which would allow officers for both the Nation and the City to respond to any call for service or law enforcement incident, regardless of the individual's status as a tribal citizen or non-Indian.

6.    Under these agreements, the Lighthorse Police Department regularly works with its law enforcement partners in state, county, and municipal law enforcement agencies to ensure that all applicable tribal, state, and federal laws are appropriately enforced against any individual offender, and to protect any citizen, resident, or other person, regardless of tribal membership status. Since the *McGirt* decision affirmed the Nation's Reservation boundaries, Lighthorse has strengthened its working relationships with state, county, and municipal law enforcement agencies operating within our Reservation and has had great success in doing so. Jurisdictions that have entered into agreements with the Nation can enforce their laws and the Nation's seamlessly regardless of the suspect's tribal status, and our agencies are able to work together effectively and cooperatively to ensure public safety, investigate criminal activities, and find and arrest suspects who are then referred to the appropriate jurisdiction for prosecutions. I regularly

2

hear praise and commendations from state, county, and local law enforcement officials and agencies regarding the dedication and professionalism that my Lighthorse officers bring to each and every service call and joint operation with our partner jurisdictions, and how beneficial it is to our shared law enforcement goals to be able to call upon Lighthorse's personnel and resources whenever we can be of assistance with their operations or investigations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 28, 2025

*/s/ Richard Phillips*
Richard Phillips
Chief of Police
Muscogee (Creek) Nation
Lighthorse Tribal Police Department
