# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

MUSCOGEE (CREEK) NATION,
a federally recognized Indian tribe,

*Plaintiff*,

v.

CITY OF HENRYETTA, OKLAHOMA, and
JOHN INSABELLA, in his official capacity
as City Attorney for the City of Henryetta.

*Defendants*.

Case No. 25-CV-00227-JAR

## DECLARATION OF COWETA POLICE CHIEF MICHAEL BELL

I, Michael Bell, declare the following on the basis of personal knowledge to which I am competent to testify:

1.    I have served as the Chief of Police of the City of Coweta since 2014. Accordingly, I was Chief of Police in 2020, when the United States Supreme Court recognized in the *McGirt* decision that the Muscogee (Creek) Nation's Reservation, which includes the City of Coweta, remains intact.

2.    After *McGirt*, our police department did not have jurisdiction to arrest or ticket citizens of the Muscogee (Creek) Nation or Indian citizens of other tribes in the City of Coweta. Therefore, on September 14, 2020, Coweta Mayor Evett Morris and I, on behalf of the City, entered into a cross-deputization agreement with the Muscogee (Creek) Nation. https://www.sos.ok.gov/documents/filelog/94065.pdf. We believed that doing so was a no-brainer.

3.    This cross-deputization agreement ensures that every police officer—whether Coweta Police or Lighthorse Police—has authority to arrest, search, detain, and investigate all suspects within Coweta. If we believe a suspect or detainee is a citizen of a tribe, we then send the case to the Nation for prosecution. If Lighthorse has a suspect or detainee who is not a member of a tribe, it will send the case to the Wagoner County District Attorney or the Coweta City Attorney.

4.    Our partnership with the Lighthorse Police under this cross-deputization agreement has been very successful. The Office of the Attorney General of the Muscogee (Creek) Nation and the Lighthorse Police are top-notch. They have worked hand-in-hand with us to set up a seamless collaboration.

1

5.      When Coweta officers write up a traffic ticket for a member of a tribe, the case goes to the Nation to be processed by the tribal court system. When Lighthorse writes up a ticket for a non-Indian, the case goes to the municipal court system. We have received very positive feedback from the community about this process, and it has been my experience that tribal citizens appreciate knowing that we work with Lighthorse and the Nation's prosecutor's office to ensure that cases involving tribal citizens are handled appropriately under the law.

6.      Our work with the Nation in investigating cases is also highly effective. If we believe a suspect is a member of a tribe, we send an investigative report to the Nation to confirm that the person is an enrolled member of a tribe. If the Nation determines that it does not have jurisdiction, it sends the case to Wagoner County. This process works seamlessly to get cases into the appropriate court system quickly and has resulted in streamlining and expediting our own case referral and records management processes.

7.      The Lighthorse Police are a highly professional, effective, and technologically advanced department. Lighthorse officers have spent time building relationships with Coweta officers and learned our procedures to ensure that when they come to our area, they can support the Coweta Police as effectively as possible. If we call Lighthorse to help in a pursuit, they will show up promptly.

8.      Lighthorse additionally has equipment, training, and personnel that a small police department like ours could never afford. For example, last year my department was investigating an armed robbery. We identified a suspect and where he lived, and once we obtained an arrest warrant, my next call was to Lighthorse to get the support of their SWAT team. Within 30 minutes, they were at my office with manpower, drones, and vehicles that my department does

2

not have. The result of our collaboration was a success: we took the suspect into custody without any harm to anybody.

9.      We have also called upon Lighthorse to assist us with rescue operations. We have had incidents where children may have run away from their homes or otherwise gone missing. In these cases, we call Lighthorse, who are always able to provide manpower and equipment to assist in these operations. Lighthorse's mobile drone command unit, in particular, has been enormously helpful in finding those kids.

10.     The Nation is also very quick to act when we have a tribal member in custody. We do not have a jail, so we can only hold people for a maximum of twelve hours in our holding center. Lighthorse consistently arrives to pick up detainees and transport them to jail within one to two hours, which is significantly faster than most agencies we work with. Lighthorse also handles the transportation, which is a big help for a small department like ours because we do not have enough officers to transport detainees to other jurisdictions regularly.

11.     The responsiveness and capacity of law enforcement in Coweta is stronger than it has ever been. Entering a cross-deputization agreement with the Nation was like doubling my police force without having to pay for it. Our partnership with Lighthorse under the cross-deputization agreement has brought tremendous benefits to the City of Coweta and my department, and I am grateful for that partnership in enforcing the laws and protecting all citizens within the City.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 28, 2025

                                    *S/Michael Bell*
                                    Michael Bell
                                    Coweta Police Chief