# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

MUSCOGEE (CREEK) NATION,
a federally recognized Indian tribe,

*Plaintiff*,

v.

CITY OF HENRYETTA, OKLAHOMA, and
JOHN INSABELLA, in his official capacity
as City Attorney for the City of Henryetta.

*Defendants*.

Case No. 25-CV-00227-JAR

**DECLARATION OF OKMULGEE POLICE CHIEF DANNY OWEN**

I, Danny Owen, declare the following on the basis of personal knowledge to which I am competent to testify:

1.  I have served in the Okmulgee Police Department since 1994. I became Okmulgee Police Chief in 2024.

2.  The City of Okmulgee lies entirely within the Muscogee (Creek) Nation Reservation as recognized by the United States Supreme Court's decision in *McGirt*.

3.  The City of Okmulgee and the Muscogee (Creek) Nation have had a cross-deputization agreement since 2002. http://www.sos.ok.gov/documents/filelog/57149.pdf. However, at various points the commissions extended to officers under this cross-deputization agreement have lapsed. This was the situation in the initial period after *McGirt*: although there was a longstanding cross-deputization agreement between Okmulgee and the Nation, the officers' cross-commissions had lapsed, so our officers did not have jurisdiction to arrest or ticket tribal citizens in the City of Okmulgee.

4.  Soon after I became police chief in 2024, my department agreed with the Lighthorse Police to renew cross-commissions for our respective officers. Now, nearly all Okmulgee Police Department officers are commissioned by Lighthorse, and all Lighthorse officers who patrol in the area of Okmulgee—as well as Lighthorse's criminal division investigators and K9 officers—are commissioned by Okmulgee. As a result, officers for both the Okmulgee Police and Lighthorse Police have the authority to arrest, search, detain, and investigate all suspects within the City of Okmulgee.

5.  Using our cross-deputization agreement with the Muscogee (Creek) Nation is in the best interest of public safety and the citizens we serve. It is a force-multiplier that

significantly improves the number of officers and the equipment available for law enforcement in Okmulgee, and allows us to serve the community in a more efficient and effective manner.

6. Lighthorse is extremely helpful in responding to calls, policing large events, and providing security at crime scenes.

7. We have such a good relationship with Lighthorse that they monitor our radio traffic and show up at crime scenes without us even having to ask for their support. Their response time is very good. When our officers respond to a call, Lighthorse officers often arrive at the same time.

8. For example, earlier this year, we got a call reporting a home invasion where someone had been shot. Lighthorse showed up at the scene to help before we even requested their assistance, and they immediately began working with us on investigating the case. Our collaboration with Lighthorse on this case resulted in arrests of both tribal and non-tribal suspects. That is just one example that comes to mind, but there are numerous examples where Lighthorse and our officers have worked effectively together at investigating and apprehending suspects, in both routine and high-intensity situations.

9. For large events, such as the Okmulgee Invitational Rodeo that thousands of people recently attended, we prepare public safety plans with Lighthorse. Working with them ensures a bigger and well-coordinated law enforcement presence at these events.

10. Lighthorse also helps us by deploying equipment that our department does not have. Lighthorse's large mobile command truck is useful when we are going to be at a scene for a long time. Their drone command center is also very advanced, and they regularly use their drone capability to help with security at big events, such as the recent Okmulgee Invitational Rodeo, at which Lighthorse deployed its drone unit to assist both the Okmulgee and Lighthorse

officers with monitoring the crowds and parking areas to identify and respond to any public safety concerns in real time.

11. Lighthorse's manpower and equipment were also extremely helpful for a situation that occurred last month, when a major gas line broke near Highway 75. There was no way my department could have handled the evacuation and traffic on our own with just the officers we had on duty. But Lighthorse showed up like clockwork to help evacuate the area and to divert traffic. Within twenty or thirty minutes of the incident happening, we were able to divert all the highway traffic in an efficient manner, which would have taken much longer if I had needed to call in extra personnel from our department. Lighthorse stayed on the scene for several more hours directing traffic.

12. Under the cross-deputization agreements, the investigation and prosecution of crimes is generally carried out seamlessly. Whether the investigation is conducted by Okmulgee or Lighthorse officers—and in many instances, it is done through the cooperation of both agencies—officers in the field can focus on completing their job safely and effectively, without needing to worry about jurisdictional boundaries. Once the investigation is concluded, the officers will submit the report and evidence to the appropriate jurisdiction to prosecute.

13. Okmulgee officers have testified in federal court and tribal court about cases involving tribal defendants whom they investigated or arrested. This has worked well. I have not received any complaints from any officers relating to the process of testifying in federal or tribal court.

14. My department has an excellent relationship with the Muscogee (Creek) Nation's Office of the Attorney General. I can pick up the phone at any time and talk to an assistant attorney general to get any question answered.

15. Lighthorse Police Chief Phillips and I share the overarching goal of creating an environment where our officers remain dedicated to ensuring the safety of the public as well as themselves, investigating criminal conduct, preventing violence and harm to the public, and detecting and prosecuting those who commit violence and break the laws. Our partnership as cross-commissioned law enforcement agencies help us to achieve these goals, and in my experience this arrangement has worked out tremendously well for the City of Okmulgee.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 28, 2025

*/s/ Danny Owen*
Danny Owen
Okmulgee Police Chief