IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian tribe, *Plaintiff*, v. CITY OF HENRYETTA, OKLAHOMA, *Defendant*. | Case No. 25-CV-00227-JAR |

**MUSCOGEE (CREEK) NATION'S RESPONSE IN OPPOSITION TO CITY OF HENRYETTA'S MOTION TO STRIKE AND RESET PRELIMINARY INJUNCTION HEARING**

The City of Henryetta moves to strike and reset the preliminary injunction hearing scheduled in this matter for September 22, 2025. The Muscogee (Creek) Nation respectfully requests that the motion be denied.

Henryetta premises its motion on the United States Supreme Court's pending consideration of a July 7, 2025 Petition for writ of certiorari in *Marvin Keith Stitt v. City of Tulsa*, No. 25-30, which the Supreme Court is scheduled to decide on September 29, 2025. Henryetta has now filed duplicative, serial motions to delay these proceedings based on that Petition: the instant motion and its August 29, 2025 Motion to Stay Proceedings (Dkt. 53). Henryetta nowhere explains why it failed to raise the issues canvassed in its redundant motions at the August 6, 2025 status conference in this matter, at which the date for the preliminary injunction hearing was discussed and agreed upon by the Court and the Parties, with the Court emphasizing its desire to avoid motions for continuance and hence to come out of the conference with a hearing date satisfactory to all.

And Henryetta well could have raised the pendency of the *Stitt* Petition at the status conference. The Petition had been docketed nearly a month earlier, and the fact that the Supreme Court would almost certainly take it up at its end-of-summer conference on September 29, 2025, was accordingly readily accessible on the Court's website.[1] There is simply no excuse for Henryetta's silence at the status conference regarding the Petition and its purported implications, particularly when the City now claims irreparable harm if the hearing is allowed to proceed on the schedule to which it agreed.

---

[1] *See* Search - Supreme Court of the United States (Docket for Case No. 25-30); Case Distribution Schedule - Supreme Court of the United States.

As to the merits, Henryetta's arguments in its instant motion regarding the likelihood that the Supreme Court will grant the Petition and, if it does, that it will reach the issue of state criminal jurisdiction over member Indians are duplicative of those raised in its motion to stay these proceedings. Its arguments regarding its alleged irreparable harm if the hearing proceeds on the schedule to which Henryetta agreed, and the alleged absence of harm to the Nation if it is delayed, are likewise duplicative of its arguments in support of a stay. The Nation has already responded to those arguments in its response to Henryetta's stay motion and will not burden the Court with additional duplicative briefing of those arguments. It stands on them here. *See* Muscogee (Creek) Nation's Resp. in Opp'n to City of Henryetta's Mot. To Stay Proceedings (Dkt. 56).[2]

## CONCLUSION

The Nation respectfully requests that Henryetta's Motion be denied.

---

[2] One clarification of fact is in order. Henryetta asserts that it "has dismissed *with prejudice* any pending citations against MCN members." Mot. 4 (emphasis added) (citing Decl. of City Attorney John Insabella (Dkt. 41-2). *But see* Dkt. 41-2 ¶ 2 ("I have exercised prosecutorial discretion to dismiss *without* prejudice any pending citations against the Nation's members[.]" (emphasis added)).

Dated: September 5, 2025                                  Respectfully submitted,

/s/ Riyaz A. Kanji

Geraldine Wisner, OBA No. 20128                Riyaz A. Kanji
Deputy Attorney General                                   David A. Giampetroni
MUSCOGEE (CREEK) NATION                           KANJI & KATZEN, P.L.L.C.
P.O. Box 580                                                         P.O. Box 3971
Okmulgee, OK 74447                                        Ann Arbor, MI 48106
(918) 295-9720                                                    (734) 769-5400
gwisner@mcnag.com                                         rkanji@kanjikatzen.com
                                                                              dgiampetroni@kanjikatzen.com

O. Joseph Williams, OBA No. 19256
O. JOSEPH WILLIAMS LAW OFFICE, PLLC     Philip H. Tinker, OBA No. 36498
The McCulloch Building                                   KANJI & KATZEN, P.L.L.C.
114 N. Grand Avenue, Suite 520                       12 N. Cheyenne Ave., Ste. 220
P.O. Box 1131                                                     Tulsa, OK 74103
Okmulgee, OK 74447                                        (206) 344-8100
(918) 752-0020                                                    ptinker@kanjikatzen.com
jwilliams@williamslaw-pllc.com

*Counsel for Muscogee (Creek) Nation*

**CERTIFICATE OF SERVICE**

    I certify that on September 5, 2025, this document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

                                                  /s/ *Riyaz A. Kanji*
                                                  Riyaz A. Kanji