# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

MUSCOGEE (CREEK) NATION,
a federally recognized Indian tribe,

        *Plaintiff*,

v.

CITY OF HENRYETTA, OKLAHOMA,

        *Defendant*.

Case No. 25-CV-00227-JAR

## MOTION OF THE MUSCOGEE (CREEK) NATION REGARDING SETTLEMENT CONFERENCE ATTENDANCE

Pursuant to Paragraphs 2 through 4 of this Court's Settlement Conference Order, Dkt. 70, the Muscogee (Creek) Nation ("Nation") respectfully requests that the Settlement Judge authorize the Nation to participate in the December 10, 2025 Settlement Conference as a governmental entity with a representative with limited settlement authority. The Nation additionally requests permission to be excused from the requirement that the Nation's lead trial counsel be present for the settlement conference. Counsel for Defendant City of Henryetta do not oppose the Nation's Motion.

In support of this Motion, the Nation states as follows:

**Permission to Participate as a Government Entity with Limited Settlement Authority**

    1.    This Court's Settlement Conference Order provides that, ordinarily, "a person with full settlement authority must … be present for the conference." Dkt. 70 ¶ 2. The Order recognizes an exception whereby "[a] governmental entity may be granted permission to proceed with a representative with limited authority upon proper application." *Id.*

2. The Nation is a federally recognized Indian Tribal government. *See* Compl, Dkt. 2 at Para 10 (citing Indian Entities Recognized by and Eligible To Receive Services From the United States Bureau of Indian Affairs, 89 Fed. Reg. 99,899-01, 99,901 (Dec. 11, 2024)). The Nation exercises its sovereign powers of self-government pursuant to its Constitution, which allocates the Nation's governmental authority between its democratically elected Executive and Legislative branches, and subject to judicial review of its Judicial Branch. *See* MCN Const. Art. V-VII, available at https://law.muscogeenation.com/mvskokelaw/dashboard/mcn-constitution.

3. Any settlement of the instant litigation must be approved by a formal vote of the Nation's 16-person National Council, in open session according to the Council's rules of procedure. *See* https://www.mcnnc.com/wp-content/uploads/2025/05/2025-Rules-and-Procedures-adopted-by-NCR-25-001.pdf. Accordingly, members of the National Council would have no power or authority to approve any settlement agreement at the December 10, 2025 Settlement Conference.

4. In lieu of attendance by the 16-person National Council, the Nation requests that the Nation's Principal Chief David Hill be recognized and permitted to attend the Settlement Conference as a "representative with limited authority," who would be fully empowered to speak and negotiate on behalf of the Nation in these proceedings, subject to the requirement that any settlement agreement reached between the parties would be subject to subsequent approval by the National Council.

**Permission to Participate in the Absence of Lead Counsel**

5. The Nation is represented in the instant matter by its Deputy Attorney General Geraldine Wisner; O. Joseph Williams, who is Counsel to Principal Chief David Hill; and by the law firm of Kanji & Katzen, P.L.L.C. Riyaz Kanji of Kanji & Katzen serves as lead trial counsel for the Nation in this matter.

6. Mr. Kanji resides and practices in Ann Arbor, Michigan. He is unavailable to travel to Muskogee, Oklahoma for the December 10, 2025 Settlement Conference because he has long been committed to attend a confidential meeting of governmental significance in Michigan's capital city of Lansing.

7. Kanji & Katzen attorney Philip Tinker also represents the Nation in this matter. Mr. Tinker lives and practices in Tulsa, Oklahoma, and is available to participate in the December 10, 2025 Settlement Conference. Mr. Tinker has been fully involved in the firm's representation of the Nation in the instant case as well as in other similar matters and – in concert with Principal Chief Hill, Deputy Attorney General Wisner, and Mr. Williams – would exercise full authority to speak on behalf of the Nation and of Kanji & Katzen as attorney for the Nation for all purposes related to settlement of the instant lawsuit.

For the foregoing reasons, the Nation Officials respectfully request that this Court 1) authorize the Nation to participate in the December 10, 2025 Settlement Conference with Principal Chief Hill serving as its representative with limited settlement authority, and 2) authorize local counsel to serve in the role of lead counsel for purposes of said Conference.

Dated: December 3, 2025

Respectfully submitted,

/s/ Riyaz A. Kanji

| | |
|---|---|
| Geraldine Wisner, OBA No. 20128<br>Deputy Attorney General<br>MUSCOGEE (CREEK) NATION<br>P.O. Box 580<br>Okmulgee, OK 74447<br>(918) 295-9720<br>gwisner@mcnag.com | Riyaz A. Kanji<br>David A. Giampetroni<br>Joshua C. Handelsman<br>KANJI & KATZEN, P.L.L.C.<br>P.O. Box 3971<br>Ann Arbor, MI 48106<br>(734) 769-5400<br>rkanji@kanjikatzen.com<br>dgiampetroni@kanjikatzen.com<br>jhandelsman@kanjikatzen.com |
| O. Joseph Williams, OBA No. 19256<br>O. JOSEPH WILLIAMS LAW OFFICE, PLLC<br>The McCulloch Building<br>114 N. Grand Avenue, Suite 520<br>P.O. Box 1131<br>Okmulgee, OK 74447<br>(918) 752-0020<br>jwilliams@williamslaw-pllc.com | Philip H. Tinker, OBA No. 36498<br>KANJI & KATZEN, P.L.L.C.<br>12 N. Cheyenne Ave., Ste. 220<br>Tulsa, OK 74103<br>(206) 344-8100<br>ptinker@kanjikatzen.com |

*Counsel for Muscogee (Creek) Nation*

**CERTIFICATE OF SERVICE**

I certify that on December 3, 2025, this document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ *Riyaz A. Kanji*
Riyaz A. Kanji