**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MUSCOGEE (CREEK) NATION, | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No. CIV-25-227-JAR |
| **v.** | ) | |
| | ) | Date: 9/30/2026 |
| CITY OF HENRYETTA, | ) | |
| | ) | Time: 10:32 am – 10:39 am |
| Defendant(s). | ) | |
| | ) | |

**MINUTE SHEET**
**ZOOM – STATUS CONFERENCE**

Jason A. Robertson, Judge    Joe Church, Deputy Clerk    K. Anderson, Law Clerk
Chambers – Room 430

**Plaintiff's Counsel:** Riyaz A. Kanji – Phillip H. Tinker – Josh Handelsman - Geri Wisner
**Defendant's Counsel:** Keith A. Wilkes

**MINUTES**

| | |
|---|---|
| 10:32 am | Court calls case; counsel announce their appearance; Plaintiff's counsel, Riyaz Kanji makes |
| | Oral announcement. Defense counsel, Keith Wilkes responds. Court to Stay case with no |
| 10:39 am | Objection from either party. Minute Order to be entered. Nothing further at this time. Adjourn |